Case No. CV-0512156

Dept. No. I I

SEVENTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

IN AND FOR THE COUNTY OF WHITE PINE

---oOo--

XTREME FAITH ACADEMY, INC., dba ABUNDANT LIFE ACADEMY,
a Utah corporation; ROBIN CROUCH and HIDDEN CANYON
RANCH, INC., a Nevada corporation,

    Plaintiffs,

-vs

ROBIN LANDRY, ET AL.,

    Defendants.

DEPOSITION OF

ROBIN LANDRY

Wednesday, April 18th, 2007

Reno, Nevada



Reported by:　　　　　　　　　　　　　　KATE MURRAY, CCR #599



ROBIN LANDRY - 04/18/07

        BE IT REMEMBERED that on Wednesday, April 18th, 2007, at the hour of 10:03 a.m., of said day at the offices of OSBORNE, OHLSON & HALL, 555 South Center Street, Reno, Nevada, before me, KATE MURRAY, a notary public, personally appeared ROBIN LANDRY, who was by me first duly sworn, and was examined as a witness in said cause.

        ---oOo--

        MR. OHLSON: Before we commence, Counsel, which of the two of you is going to be participating in terms of objections?

        MS. NICHOLS: Both.

        MR. QUINN: Why don't we do this? First of all, could we start out by saying that all objections pertaining to the admissibility of evidence can be preserved?

        MR. OHLSON: No.

        MR. QUINN: Okay.

        MR. OHLSON: I'll stipulate that we're taking this pursuant to the Nevada Rules of Civil Procedure.

        MR. QUINN: That's fine.

        MR. OHLSON: Why don't we have

SUNSHINE REPORTING SERVICES

ROBIN LANDRY - 04/18/07

1   investigation.

2        Q.   All right. When you say you had no
3 choice, that was because Mr. Robb had taken a leave
4   of  absence?
5        A.   I no longer had a manager up there, so I
6 was basically doing my job and his job.
7        Q.   So basically, what did you do when you
8 got there?
9        A.   We went out to the facility and
10 investigated.
11       Q.   Would you agree with me that it was you
12   who made   the    decision    to take the children  into
13   custody?
14       A.   No, sir.  I would not.
15       Q.   Who made that decision?
16       A.   We made it as a team.
17       Q.   Weren't you in charge?
18       A.   I led the team, yes~ sir.
19       Q.   Are you telling me now that the decision
20 to take the children into custody was not ultimately
21 yours?
22       A.   Well, the buck stops with me, but the
23   decision was  made as   a

team.

24        Q.    Okay.   I guess I'm talking about the

25 buck-stopping.

ROBIN LANDRY - 04/18/07

1  A. The buck stops with me, yes, sir.
2  Q. You were responsible; were you not?
3  A. Yes, sir.
4  Q. Will you tell me what the basis of that decision was?
5
6
7
8
9  Q. I understand that the girls were placed
10 in the facility at Caliente, right?
   A. Our investigations and interviews with all the prior information we had gathered about the CPS situation and our interviews with staff and kids.
11 A. Yes, sir.
12 Q. And the boys were placed in Nevada Youth
13 Training Center in Elko; is that right?
14 A. Yes, sir.
15 Q. In both those facilities, the children
16 that go there are children who have been
17 adjudicated; isn't that right?
18 A. I don't know.
19
20
21
22
Q. You don't know?
A. No, sir.

Who picked those two facilities?

I'm not sure. I'm not sure who picked
23    those facilities.
24
Q.
25 things?

Isn't this another one of those buck-stop