AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*   DISTRICT OF   NEVADA

DAVID BARRAGAN, et al.,

    Plaintiffs,

V.

ROBIN LANDRY, et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:06-cv-00310-LRH-VPC**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Plaintiffs' #61 Motion for Summary Judgment is DENIED. Defendants' #74 and #80 Motions for Summary Judgment are GRANTED.

March 27, 2008

**LANCE S. WILSON**
Clerk

/s/ Kalani Lizares
Deputy Clerk